# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 28, 2025

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Murphy v. University Of The Cumberlands, Inc.*
Case No.: 1:24-cv-7755

Dear Judge Woods,

The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, University Of The Cumberlands, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 13, 2025, at 3:00 PM (Dkt. 4) be adjourned for 60 days because the Defendant was recently served (Dkt. 7) and their counsel has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel.This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.