**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

January 28, 2025

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/25

**MEMORANDUM ENDORSED**

Re:    *Murphy v. University Of The Cumberlands, Inc.*
       Case No.: 1:24-cv-7755

Dear Judge Woods,

The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, University Of The Cumberlands, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 13, 2025, at 3:00 PM (Dkt. 4) be adjourned for 60 days because the Defendant was recently served (Dkt. 7) and their counsel has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

---

Application granted.  Plaintiff's January 28, 2025 request to adjourn the initial pretrial conference, Dkt. No. 8, is granted.  The initial pretrial conference scheduled for February 13, 2025 is adjourned to April 16, 2025 at 1:00 p.m.  The joint status letter and proposed case management plan described in the Court's October 15, 2024 order are due no later than April 9, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: January 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge