**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795   www.gottlieblaw.net

February 10, 2025

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of News York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      ***Re:*** *Murphy v. University Of The Cumberlands, Inc.,*
         <u>Case No.: 1:24-cv-7755</u>

Dear Judge Woods,

  The undersigned represents James Murphy ("Plaintiff") in the above referenced matter against Defendant, University Of The Cumberlands, Inc., ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                  Respectfully submitted,

                 <u>*/s/Michael A. LaBollita, Esq.*</u>
                  Michael A. LaBollita, Esq.

cc: All counsel of record via ECF