UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES MURPHY, ON BEHALF OF
HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

UNIVERSITY OF THE
CUMBERLANDS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-7755

**NOTICE OF VOLUNTARY DISMISSAL**

        Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, UNIVERSITY OF THE CUMBERLANDS, INC.

Dated:   New York, New York
           March 17, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:

_____
United States District Court Judge